Ann-Martha Andrews
State Bar No. 7585
E-mail: AAndrews@LRRLaw.com
Todd D. Erb
State Bar No. 12203
E-mail: TErb@LRRLaw.com
**LEWIS ROCA ROTHGERBER LLP**
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

Attorneys for Defendant Hartford Life and Accident Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VALARIE CHAMBERS,<br><br>             Plaintiff,<br><br>     vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, as Claims Administrator for the Group Long Term Disability Plan for Employees of NV Energy; DOES I through V; and ROE Corporations I through V, inclusive,<br><br>             Defendants. | No. 2:14-cv-01815-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

5715289_1

DATED this 21st day of April, 2015.

| LAW OFFICE OF JULIE A. MERSCH | LEWIS ROCA ROTHGERBER LLP |
|---|---|
| By /s/ *Julie A. Mersch* <br> JULIE A. MERSCH <br> Nevada Bar No. 4695 <br> 701 S. 7th Street <br> Las Vegas, Nevada 89101 <br> *Attorney for Plaintiff* | By /s/ *Ann-Martha Andrews* <br> ANN-MARTHA ANDREWS <br> Nevada Bar No. 7585 <br> TODD D. ERB <br> Nevada Bar No. 12203 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**Dated:** April 22, 2015